UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH KEION RUSSELL, | ) | NO. CV 08-07290-MMM(CT) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY SCRIBNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has ordered that the petition be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the United States Court of Appeals for the Ninth Circuit.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed without prejudice.

DATED: January 20, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE